# Court of Appeals, State of Michigan

## ORDER

Associated Construction Services Corporation v Commerce 8800 LLC

Docket No.     320717

LC No.         2009-097554 CK

Donald S. Owens
Presiding Judge

Henry William Saad

Michael F. Gadola
Judges

---

The Court orders that the September 29, 2015 unpublished opinion is hereby AMENDED to correct a clerical error. On page one, second paragraph, the first sentence shall read: Associated Construction is a small construction business owned by Ken McQuade and his wife, Nancy.

In all other respects, the September 29, 2015 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 02 2015
_____
Date

_____
Chief Clerk